# United States District Court Violation Notice

CVB Location Code: **WW12**

| Field | Value |
|---|---|
| Violation Number | 4377050 |
| Officer Name (Print) | DUCKETT |
| Officer No. | 463 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 10/26/2014 / 0249 | RCW 46.16.011 |

Place of Offense: MICHIGAN DR. SILVERDALE WA 98315

Offense Description; Factual Basis for Charge: HAZMAT ☐

ALLOWING UNAUTHORIZED DRIVER

**DEFENDANT INFORMATION**

Phone: (360) 337-0606

| Last Name | First Name | M.I. |
|---|---|---|
| ELLIS | CHRISTOPHER | J |

Street Address: [redacted]

Vehicle: 4DZC748   CA   99   PLYMOUTH   RED

- A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
- B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 250.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 275.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ____   Date (mm/dd/yyyy): ____   Time (hh:mm): ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: CM Ellis

(Rev. 01/2011)   Original - CVB Copy   RACE: BLACK

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **OCT 26**, 20**14** while exercising my duties as a law enforcement officer in the **WESTERN** District of **WASHINGTON**

SEE ATTACHMENT

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/26/2014   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license;  CMV = Commercial vehicle involved in incident